UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BYRON THOMAS GRAHAM,

    Plaintiff,

    v.                                              Case No. 25-cv-847-bbc

STEVEN R. JOHNSON, et al.,

    Defendants.

---

## DISMISSAL ORDER

---

    Plaintiff Byron Thomas Graham is a prisoner confined at the Milwaukee Secure Detention Facility who is representing himself in this 42 U.S.C. §1983 case. On June 13, 2025, Graham filed a civil rights complaint, along with a motion for leave to proceed without prepayment of the filing fee. Dkt. Nos. 1 & 2. The Prison Litigation Reform Act applies to this case because Graham was incarcerated when he filed his complaint. *See* 28 U.S.C. §1915(h). That statute allows prisoners to proceed without prepaying the full filing fee if, when they have assets or means, they first pay an initial partial filing fee. *See* 28 U.S.C. §1915(b). On June 17, 2025, the Court ordered Graham to pay an initial partial filing fee of $39.91 by July 17, 2025 or advise the Court in writing why he was unable to submit the assessed amount. Dkt. No. 5. The deadline has passed, and the Court has neither received the fee nor has Graham informed the Court of any challenges he faced in arranging the fee.

    **IT IS THEREFORE ORDERED** that Graham's motion for leave to proceed without prepaying the filing fee (Dkt. No. 2) is **DENIED** based on his failure to pay the initial partial filing fee, and this case is **DISMISSED without prejudice** based on his failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. §1915(b)(1), Graham must pay the $350 statutory filing fee. Accordingly, the agency having custody of Graham shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Graham's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Graham is transferred to another institution, the transferring institution shall forward a copy of this Order along with Graham's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Graham is located.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on August 5, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2

Case 1:25-cv-00847-BBC    Filed 08/05/25    Page 2 of 2    Document 8